### SMARTMETRIC INC., a Nevada Corporation, Plaintiff–Appellant,

v.

### MASTERCARD INTERNATIONAL IN-CORPORATED, a Delaware Corporation, Defendant–Appellee,

and

### Visa Inc., a Delaware Corporation, Defendant–Appellee.

No. 2014–1037.

United States Court of Appeals, Federal Circuit.

Aug. 13, 2014.

Patrick F. Bright, Wagner, Anderson & Bright, P.C., of Glendale, CA, argued for plaintiff-appellant.

Joseph Melnik, Jones Day, of Palo Alto, CA, argued for appellees. With him on the brief for Visa Inc. were An P. Doan; and Matthew J. Silveira, of San Francisco, CA. On the brief for MasterCard International Incorporated were Gary A. Clark, Darren M. Franklin, and Andrew Kim, Sheppard, Mullin, Richter & Hampton LLP, of Los Angeles, CA. Of counsel was Dennis J. Smith.

PROST, Chief Judge, NEWMAN and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *SEE* FED. CIR. R. 36.